IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACOB I. CRANMAN,

   Plaintiff,

    v.

ONE WEST BANK FSB,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-775-TWT

ORDER

This is a breach of contract action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. I agree with the Magistrate Judge that the Plaintiff's claims are either barred by the applicable statute of limitations or that the relief requested is not available under the relevant federal statute. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 30 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Cranman\r&r.wpd